# Exhibit A

## SUMMONS

Attorney(s) Patrick Howard

Office Address  Saltz Mongeluzzi & Bendesky PC

Town, State, Zip Code  8000 Sagemore Dr., Ste. 8303
Marlton, NJ 08053

Telephone Number  (215) 575-3895

Attorney(s) for Plaintiff  Estate of Millard M. Braunstein

Estate of Millard M. Braunstein, by and through

Executor Elliot Braunstein
        Plaintiff(s)

vs.

UnitedHealth Group, Inc., and

UnitedHealthcare Insurance Company
        Defendant(s)

**Superior Court of
New Jersey**

Camden            County

Law            Division

Docket No:  002810-25

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

/s/ Patrick Howard for Michele M. Smith
Clerk of the Superior Court

DATED:  8/25/2025

Name of Defendant to Be Served:  UnitedHealth Group, Inc c/o CT Corporation System Inc., Registered Agent

Address of Defendant to Be Served:  1010 Dale St N, St Paul, MN 55117

**SALTZ, MONGELUZZI, & BENDESKY, P.C.**
Robert J. Mongeluzzi
Simon Bahne Paris, Esquire (Atty. ID #: 04982-1996)
Patrick Howard, Esquire (Atty. ID #: 02280-2001)
Sagemore Corporate Center
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
(215) 575-3895
sparis@smbb.com
phoward@smbb.com

*Attorneys for Plaintiff and the Putative Class*

| | |
|---|---|
| THE ESTATE OF MILLARD M. BRAUNSTEIN, by and through its executor, ELLIOT BRAUNSTEIN, Individually and on behalf of all others similarly situated, | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION**<br><br>CAMDEN COUNTY |
| *Plaintiffs,* | |
| vs. | Civil Action No.: |
| UNITEDHEALTH GROUP, INC., and UNITEDHEALTHCARE INSURANCE COMPANY | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## CLASS ACTION COMPLAINT

## INTRODUCTION

1.      Plaintiff brings this class action on behalf of himself, as the administrator of an estate, and all others similarly situated in the State of New Jersey, to recover unearned health insurance premiums following the death of a policyholder from Defendants, UnitedHealth Group, Inc., and/or UnitedHealth Insurance Company (collectively "Defendants").

2.      New Jersey law requires that all unearned insurance premiums be refunded no later than 60 days after cancellation of an insurance policy. N.J. Stat. § 17:29C-4.1. Failure to do so, subjects the insurer to a monthly penalty. *Id*.

3.      Notwithstanding New Jersey law, Defendants also advertised they would return any unearned monthly premium upon the death of the insured in their marketing materials, specifically,

> ## Refund of Premium
> The certificate provides a refund of any unearned monthly premium upon the death of an insured or the surrender of the Certificate.

*See* Exhibit A at 26.

4.      Health insurance contracts are personal service contracts. As such, the contractual relationship of the parties is cancelled at the time of death (i.e., discharged by death).

5.      To that end, Plaintiff notified Defendants that the decedent, Millard M. Braunstein, died on December 2, 2024, instructed them to cancel his supplemental health insurance, and refund any unearned premium. On December 9, 2024, Defendants sent Plaintiff correspondence stating that—despite his death on December 2, 2024—the decedent's health insurance coverage would not end until December 31, 2024. Plaintiff was confused and telephoned Defendants.

6.      During the call, Plaintiff was told that it was Defendants' policy was not to provide any premium refund for the month of the policyholder's death. Defendants gave a series of excuses

1

as to why that no refund policy existed, including—oddly—that health insurance claims could be made for services rendered after the date of death.

7.      That made no sense. A *pro rata* refund of premium would ensure that the decedent had health insurance coverage through the day of death (December 2, 2024, 11:59 pm) and the remaining, unearned premium would be returned to the estate (December 3–31, 2024). Certainly, a health care provider could not submit a bill for health care services provided *after* death.

8.      Because Defendants have ignored not only New Jersey law regarding the refund of unearned premiums with respect to those it provided health insurance coverage before death, but also their own advertising, Plaintiff now brings this class action on behalf of residents of the State of New Jersey to recover all improperly withheld insurance premiums the law demands be refunded.

## THE PARTIES

9.      Plaintiff, the Estate of Millard M. Braunstein, by and through its executor Elliot Braunstein, is a legal entity existing by and through the laws of the State of New Jersey. Millard M. Braunstein died in Voorhees, New Jersey on December 2, 2024. The Camden County Surrogate's Court probated Mr. Braunstein's will and issued Letters Testamentary on January 28, 2025. Prior to his death, Mr. Braunstein had supplemental health insurance through the AARP's partnership with United Healthcare. His member number was 024315857-1 and his monthly premium at the time of his death was $381.50 per month.

10.     Defendant UnitedHealth Group, Inc., is a U.S. diversified managed health care company with its principal place of business located in Minnetonka, Minnesota. UnitedHealth Group offers a wide array of products and services through its two operating platforms: (1) health insurance benefits through UHC; and (2) prescription drug benefits through its PBM, Optum.

United HealthGroup is the ultimate parent of the other Defendant, UnitedHealthcare Insurance Company.

11.    Defendant UnitedHealthcare Insurance Company is a wholly owned subsidiary of United HealthGroup with its principal place of business located at 185 Asylum Street, Hartford, CT 06103. Upon information and belief, UnitedHealthcare Insurance Company issues insurance policies, including the one issued to decedent, Mr. Braunstein.

## JURISDICTION AND VENUE

12.    Jurisdiction and venue over this matter is proper in New Jersey Superior Court, Camden County, in that all actions complained of occurred in Camden County, New Jersey. The Court has personal jurisdiction over Defendants because they regularly and routinely conduct business in Camden County and therefore availed themselves of the Court's jurisdiction.

13.    The amount in controversy exceeds the local rules for amounts in controversy requiring local arbitration.

## FACTUAL ALLEGATIONS

**A.    Supplemental Health Insurance Contract is for Personal Services**

14.    A contract for health insurance is a personal service contract. With personal service contracts, neither party contemplates substitution by another; their relation is personal and dependent on the specific identity of the contracting parties.

15.    Because of this, the contractual relationship of the parties is dissolved by the death (i.e., discharged by death) of the person whose personal qualities constituted the inducement to contract.

16.    After death in New Jersey, the personal representative of an estate has the authority maintain a legal action with respect to the estate's assets and make necessary expenditure to

3

preserve the estate. N.J. Stat. § 3B:14-23(6)(m).

**B.    Defendants' Policy *Not* to Issue *Pro Rata* Refunds Following Death**

17.    Defendants have partnered with non-profit American Association of Retired Persons ("AARP") to sell supplemental health insurance, including Medicare Advantage plans and Medicare Supplemental insurance plans to those eligible.

18.    These health insurance plans help cover the costs that Medicare does not fully cover. They can help pay for deductibles, copayments and coinsurance. Those who elect to purchase a supplemental insurance plan must pay a monthly premium to the insurance company, in addition to paying the Medicare Part B premium.

19.    New Jersey law requires that when an insurance policy or contract is canceled, the insurer on notice shall return to the insured, within a reasonable time not to exceed 60 days of cancellation or notice, whichever occurs last, or 60 days after the completion of any payroll audit necessary to determine the amount of premium earned while the policy was in force, on a short rate basis the amount of gross unearned premiums paid. In the event that the insurer fails to return the gross unearned premiums to the insured within the period provided for herein, the insurer shall, as a penalty, in addition to the gross unearned premium, return to the insured an additional amount equal to 5% of the gross unearned premium computed on a monthly basis for each month or part thereof past the final date on which the refund was due. N.J. Stat. § 17:29C-4.1.

20.    Similarly, federal law specifically requires that Centers for Medicare & Medicaid Services ("CMS") refund any "excess premiums after the enrollee dies" to the representative of the enrollee's estate. 42 CFR § 408.112 ("Refund of excess premiums after the enrollee dies.").

21.    Defendants' own advertising materials directly state that "the [c]ertificate [of insurance] provides a refund of any unearned monthly premium upon the death of an insured…"

4

Exhibit A at 26.

22.     Despite clear New Jersey law and its own advertising, Defendants have instituted an internal policy not to make *pro rata* refunds of insurance premiums after a policy is cancelled due to death.

**C.     Defendants Refuse to Refund Premiums Paid by Millard Braunstein**

23.     Millard M. Braunstein, prior to his death, had supplemental health insurance through Defendants. The monthly policy premium of $381.50, which was automatically deducted from his checking account.

24.     After his death on December 2, 2024, Plaintiff, as the administrator of the estate, contacted Defendants to advise of Mr. Braunstein's death, terminate his health insurance and request a *pro rata* refund pursuant to New Jersey law. Plaintiff was advised at that point that a refund would be sent.

25.     Plaintiff received a letter in the mail from Defendants that, despite Mr. Braunstein's death on December 2, 2024, his insurance coverage would *not* end until December 31, 2024, and if any refund was due, it would be mailed later. The letter is pictured below:



UnitedHealthcare Insurance Company     PO BOX 30607
Salt Lake City, UT 84130-0607

December 9, 2024

Re: Millard Braunstein
Membership # 024315857-1

344@RPLTR1002001-00734-01
The Estate Of Millard Braunstein
Apt A124
1112 Laurel Oak Rd
Voorhees, NJ 08043

To the Estate Of Millard Braunstein,

We're writing to you about Millard Braunstein's AARP® Supplemental or Personal Health Insurance Plan(s) from UnitedHealthcare.

We're sorry to hear about the recent passing of Millard Braunstein. We want to share some information about their coverage, as well as other information that may be helpful during this difficult time.

Their AARP Supplemental or Personal Health Insurance coverage will end on December 31, 2024. If a refund of premiums is due, information will be sent in a separate mailing.

If you receive any claims from providers and need help filing claims, call 1-800-523-5800 and a UnitedHealthcare Customer Service Representative will be happy to provide instructions.

Helpful AARP resources for you.
The death of a loved one can be a significant and life-changing experience. The website www.aarp.org offers articles and resources about grieving, and also about legal and financial matters, that you may find helpful.

If Millard Braunstein has an active AARP membership, you can call AARP toll-free at 1-888-980-9483 to transfer or cancel their membership.

Please call UnitedHealthcare Customer Service if you have questions or need more information:

- For English-speaking representatives, please call 1-800-523-5800, TTY 711.
- Representatives are available to help.
  - Weekdays from 7 a.m. to 11 p.m., Eastern Time, and
  - Saturday from 9 a.m. to 5 p.m., Eastern Time

**AARP** Supplemental and Personal Health
**UnitedHealthcare**

26.    Plaintiff was confused. Mr. Braunstein had no reason to maintain health insurance beyond December 2, 2024; he had died. When Plaintiff again contacted Defendants and request the appropriate refund, Defendants informed him that health insurance coverage was necessary in case they received claims after the date of death.

27.    But that made no sense. If Mr. Braunstein had health care claims they would have been for the date of December 2, 2024, or prior. Meaning the health insurance can, and should have terminated, at 11:59 pm on December 2, 2024, and the appropriate *pro rata* refund returned

to his estate for the period of December 3–31, 2024, consistent with New Jersey law.

28.　　Plaintiff was told by Defendants' representative: they do not pro-rate the premium for the month of death for their policy holders.  Rather than provide the refund, Defendants offered to terminate Mr. Braunstein's insurance coverage effective November 30, 2024, and refund the premium for the entire month of December. However, such an action would have left Plaintiff exposed to potential health care claims from December 1–2, 2024.

29.　　Defendant's no refund policy for the month of death for its policyholders is a clear violation of N.J.S.A. § 17:29C-4.1.

## CLASS ACTION ALLEGATIONS

30.　　Plaintiff incorporates by reference the preceding paragraphs.

31.　　Plaintiff brings this action pursuant to Rule 4:32-1, *et seq.*, of the New Jersey Rules of Civil Procedure on behalf of the following class:

> The estates and/or next of kin of all persons in the State of New Jersey that did not receive a refund of the policyholder's unused insurance premiums from Defendants after the policyholder's death during the August 19, 2019, through the date of class certification.

32.　　**Numerosity**: The Class is believed to include thousands of members and joinder is impracticable.  Defendants' records will easily identify the identity and number of the proposed Class members. N.J. Ct. R. 4:32-1(a)(1).

33.　　**Commonality**: Common legal and factual questions include whether the law of the State of New Jersey compels Defendants to provide a *pro rata* refund of insurance premiums upon death; whether Defendants had a policy not to provide *pro rata* refunds of insurance premiums upon death; and whether Defendants were unjustly enriched by failing to issue *pro rata* refunds of insurance premiums after death; whether Plaintiff and the Class are entitled to penalties of 5% of the gross uncarned premium computed on a monthly basis for each month or part thereof past the

final date on which the refund was due. N.J. Ct. R. 4:32-1(a)(2).

34.     **Typicality**: Plaintiff's claims are typical of those of the Class because they arise from the same course of conduct; Defendants' uniform policy not to issue *pro rata* refunds of insurance premiums after a policyholder's death. N.J. Ct. R. 4:32-1(a)(3).

35.     **Adequacy**: Plaintiff will fairly and adequately protect the Class's interests and has retained counsel experienced in complex and class action litigation. N.J. Ct. R. 4:32-1(a)(4).

36.     **Predominance/Superiority**: The questions of law and fact common to Class members predominate over any questions which may affect only individual members. A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Class treatment of common questions of law and fact is superior to multiple individual actions or piecemeal litigation. The prosecution of separate actions by the individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members, which would establish incompatible standards of conduct for Defendants. In contrast, a class action presents far fewer management difficulties, conserves judicial as well as the parties' resources, and protects the rights of each Class Member. N.J. Ct. R. 4:32-1(b)(3).

37.     **Equitable and Declaratory Relief**: Plaintiff's request for equitable relief is appropriate because the Defendants have acted on grounds generally applicable to the Class, thereby making final equitable or declaratory relief appropriate with respect to the class as a whole. N.J. Ct. R. 4:32-1(b)(2).

## CAUSES OF ACTION
### COUNT I
### CONVERSION
#### On Behalf of Plaintiff and the Class

38.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

39.     The Defendants deprived Plaintiff and the Class to their right to receive a refund of unused insurance premiums after the death of the policyholder.

40.     Defendants deprived Plaintiff and the Class their property without consent or without lawful justification.

41.     Plaintiff and the Class are entitled to relief in the form of a return of their property, including all other available damages, compensatory, penalties and interest pursuant to N.J. Stat. § 17:29C-4.1, punitive damages, and any other relief the Court deems appropriate.

### COUNT II
### UNJUST ENRICHMENT
#### On Behalf of Plaintiff and the Class

42.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

43.     The Defendants received insurance premiums from those enrolled in its health insurance programs conferring a substantial benefit on Defendants. Defendants knowingly and willingly accepted and enjoyed these benefits.

44.     Defendants either knew or should have known that after death, health insurance is no longer necessary, and the retention of any unused insurance premium would be unfair to the decedent's estate. As such, it would be inequitable for Defendants to retain the benefit of the payments under these circumstances.

45.     Defendants' acceptance and retention of these benefits under the circumstances

9

alleged herein make it inequitable for Defendants to retain the benefits without payment of the value to Plaintiff and the Class.

46.    Plaintiff and the Class are entitled to recover from Defendant all amounts wrongfully retained by Defendant, plus interest thereon.

47.    Plaintiff and the Class seek actual damages, penalties and interest pursuant to N.J. Stat. § 17:29C-4, injunctive and declaratory relief, and any other just and proper relief available under the law.

<div align="center">

**COUNT III**
**DECLATORY JUDGMENT**
**On Behalf of Plaintiff and the Class**

</div>

48.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

49.    Declaratory relief is intended to minimize the danger of avoidable loss and unnecessary accrual of damages.

50.    Defendants have a policy not to refund unused insurance premiums for the month of an insured's death.

51.    There are actual controversies between Plaintiff, the Class and Defendant concerning (1) whether the Defendants can lawfully retain unused insurance premiums in the Commonwealth of Pennsylvania and (2) whether Defendants should be ordered to stop such practices and return unused insurance premiums as of the date of a policyholder's death.

52.    Plaintiff and the Class therefore seek a declaration declaring Defendants' policy unlawful and ordering the disgorgement of any unlawfully retained insurance premiums.

53.    Plaintiff and the Class request the Court order Defendants to perform an immediate accounting to determine the amounts of premiums retained after the death of a policy holder forte prior six (6) years and assess penalties and interest pursuant to N.J. Stat. § 17:29C-4.

**WHEREFORE**, Plaintiff requests that the Court:

A.    Certify this action as a class action pursuant to N.J. Ct. R. 4:32-1(a)-(b);

B.    Appoint Plaintiff as class representative and undersigned counsel as class counsel;

C.    Enter judgment for Plaintiff and the class.

D.    Award compensatory damages, penalties and interest pursuant to N.J. Stat. § 17:29C-4, and costs;

E.    Grant declaratory and equitable relief in the form of a declaration and equitable accounting and an assessment of penalties and interest pursuant to N.J. Stat. § 17:29C-4; and

F.    Grant such other relief as the Court deems just.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully,

Dated:  August 15, 2025

/s/ Patrick Howard
Robert J. Mongeluzzi
Simon Bahne Paris (Atty. ID #:  04982-1996)
Patrick Howard (Atty. ID #:  02280-2001)
**SALTZ, MONGELUZZI, & BENDESKY, P.C.**
8000 Sagemore Drive, Suite 8303
Marlton, NJ  08053
(215) 575-3895
sparis@smbb.com
phoward@smbb.com

Daniel E. Gustafson
Daniel J. Nordin
Shashi K. Gowda
Michael J. Warkel
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluck.com
dnordin@gustafsongluck.com
sgowda@gustafsongluck.com

11

mwarkel@gustafsongluek.com

*Attorneys for Plaintiff and the Putative Class*

Sections inside:

■ **Benefits of Medicare Supplement Insurance.**

■ **Reasons to Choose an AARP Medicare Supplement Plan.**

■ **How to Apply.**

■ **Additional Plan Information.**
Rates chart included!

**AARP** Medicare Supplement
from UnitedHealthcare

AARP endorses the AARP Medicare Supplement Insurance Plans, insured by UnitedHealthcare. UnitedHealthcare pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. AARP does not employ or endorse agents, brokers or producers.

**Get a Free Guide:** You are entitled to receive *A Guide to Health Insurance for People with Medicare.* This guide briefly describes the Medicare program and health insurance available to those on Medicare.

If you would like a copy, please call 1-866-425-6523, toll free, or visit www.medsupeducation.com.

You must be an AARP member to enroll in an AARP Medicare Supplement Insurance plan. If you are not a member, you can join AARP when you enroll for just $16.00 a year.

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street Hartford, CT 06103-3408. Policy form No. GRP 79171 GPS-1 (G-36000-4).

**Plan A may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. Contact will be made by UnitedHealthcare Insurance Company.**

See the enclosed materials (including the outlines of coverage) for complete information including benefits, costs, eligibility requirements, exclusions and limitations.

**AARP** | **Medicare Supplement**
from 🛡️ UnitedHealthcare

Sample A. Sample
123 Any Street
Anycity TX 99999-9999

Dear Sample A. Sample,

Congratulations! Turning 65 is a time to celebrate and also a time to take control of your health care.

Your eligibility for Medicare gives you the freedom to choose your health insurance options. Whether you are familiar with Medicare and your new health insurance options or you have questions, UnitedHealthcare Insurance Company (UnitedHealthcare) is here to help with a Medicare supplement insurance plan.

An option for you is an AARP® Medicare Supplement Insurance Plan, insured by UnitedHealthcare.

**Why an AARP Medicare Supplement Insurance Plan?**

 Millions of individuals nationwide have chosen UnitedHealthcare as their Medicare supplement insurer.[1]

 95% of insured AARP members surveyed nationwide reported being satisfied with their AARP Medicare Supplement Insurance Plans.[2]

 The only Medicare supplement plans endorsed by AARP.

Medicare Parts A & B don't pay for all your medical expenses. There are out-of-pocket costs such as copayments, deductibles, and coinsurance that are not covered by Medicare. An AARP Medicare Supplement Plan, like any standardized Medicare supplement insurance plans, may help you pay some of these out-of-pocket costs.

Use this booklet to find the AARP Medicare Supplement Plan that best fits your health care needs. This enrollment kit provides information about how Medicare works, how a Medicare supplement plan may help, and your specific premium and plan choices. An enrollment form is included if you are ready to enroll. Take charge of your health care today and call UnitedHealthcare for more information at 1-800-555-5555, Monday to Friday, 7 a.m. to 11 p.m. and Saturday, 9 a.m. to 5 p.m. ET, TTY 711, or visit our website www.AARPMedicareSupplement.com. A licensed insurance agent/producer will answer any questions you have and can even take your enrollment over the phone. Please do not enroll through an external individual agent/producer, since they will not be familiar with the details of your circumstances.

Sincerely,

UnitedHealthcare

[1]From a report prepared for UnitedHealthcare by Human8. "Substantiation of Advertising Claims Concerning AARP Medicare Supplement Insurance Plans," June 2023, uhcmedsupstats.com or call 1-800-523-5800 to request a copy of the full report.
[2]From a report prepared for UnitedHealthcare by Human8. "2023 Medicare Supplement Insurance Plan Satisfaction Posted Questionnaire," May 2023, uhcmedsupstats.com or call 1-800-523-5800 to request a copy of the full report.



Reply by 11/30/2024 for your earliest effective date.
Enrollment in an AARP Medicare Supplement Insurance Plan is voluntary.

MI10115TXGRS (11-23)                                    3



MI10087ST

**AARP** Medicare Supplement[31]
from **UnitedHealthcare**

UnitedHealthcare Insurance Company (UnitedHealthcare)



# Benefits of Medicare Supplement Insurance.

## Limit the hassles of health care.

Discover these great features of a Medicare supplement insurance plan.

✓ **CHOICE**—No networks. You can see any doctor who accepts Medicare patients.

✓ **CONTROL**—No referrals needed to see a specialist.

✓ **PREDICTABILITY**—Plan options available with low to no copays to help you avoid unexpected out-of-pocket costs.°

✓ **NATIONWIDE COVERAGE**—Visit family or travel anywhere in the U.S. and your plan coverage goes with you when traveling.

✓ **GUARANTEED RENEWABLE COVERAGE°°**—Your plan can't be canceled because of your age, health or the number of claims you make. And no need to sign up each year.

## Reduce your financial risk.

A Medicare supplement plan (also known as Medigap) helps fill in the gaps of what Medicare Parts A & B alone don't pay for. You get help with paying for things like:

■ Medicare deductibles.
■ Medicare copays.
■ Medicare coinsurance charges.
■ *And more!*

## Enjoy added peace of mind knowing you've minimized the chance for "surprise" out-of-pocket bills.

Having help with paying Medicare-approved medical bills that could be up to hundreds or thousands of dollars, or more, could give you added peace of mind. The hope is always that you'll stay healthy and you won't need a lot of medical care. However, it's nice to know if you ever do require more medical care than you'd have expected, a Medicare supplement plan is there to help you pay some of the bills.



° Plans C and F are only available to individuals with a 65th birthday prior to 1/1/2020 or who became newly eligible for Medicare prior to 1/1/2020.
°° As long as you pay your premiums when due and do not make any material misrepresentation when you apply for the plan. Rates are subject to change. Any change will apply to all members of the same class insured under your plan who reside in your state.

MI10190S2                    5

## Your cost-sharing responsibility for medical bills is lower with a Medicare supplement insurance plan.

**Medical expense** → **Medicare pays their portion of the costs** → **A Medicare supplement plan helps with paying your share of the remaining costs.**

(Plan benefits and cost vary, depending on the plan you choose. Payment is dependent on the specific plan's terms of coverage. Costs not approved by Medicare are not covered.)

## Here's a simple example of how a Medicare supplement plan works.

| See how Medicare supplement **PLAN G** helps reduce your out-of-pocket expenses! | With Medicare alone, you'd pay: | With Medicare *plus* a Medicare Supplement PLAN G, you'd pay: |
|---|---|---|
| **Medicare Part A deductible** (for the first 60 days of benefit period+) | $1,632 | $0 |
| **Medicare Part A hospital coinsurance** (for 61st through 90th day of benefit period+) | $408 a day (up to $12,240) | $0 |
| **Medicare Part A skilled nursing coinsurance** (for days 21-100 in a skilled nursing facility; Medicare covers first 20 days++) | Up to $204 a day (up to $16,320) | $0 |
| **Annual Medicare Part B deductible** (Medicare Part B-approved amount you must pay before Medicare pays its portion of covered medical services) | $240 | $240 |
| **For medical services** (like physician services, inpatient/outpatient medical and surgical services and supplies, diagnostic tests, and more) | About 20% or more of the Medicare Part B-approved amount (Medicare pays about 80%) | $0 |

Chart shows summary of Medicare supplement Plan G benefits; for complete listing of benefits, see enclosed Outline of Coverage. Additional Medicare supplement plans are available besides Plan G, including Plans A and B, and also Plan F for individuals with a 65th birthday prior to 1/1/2020 or who became newly eligible for Medicare prior to 1/1/2020. Benefits and costs vary by plan chosen.

+ A benefit period begins the day you're admitted as an inpatient in a hospital or skilled nursing facility. The benefit period ends when you haven't gotten any inpatient hospital care or skilled care in a skilled nursing facility for 60 days in a row.

++ To be eligible for skilled nursing care, you must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the hospital.



# See some of the reasons people choose Medicare supplement plans.



- For added peace of mind, knowing that their hard-earned savings can be used more for enjoying retirement—and less for paying out-of-pocket medical costs, especially the ones they didn't expect or plan for.



- For reassurance, knowing they can travel or visit family anywhere in the country, and know their coverage goes with them when they travel and there are no networks to deal with.

- For the feeling of control when it comes to their health care, because there are no network restrictions or referrals needed, so they get to choose what doctor or specialist is right for them, not someone else.



- For the feeling of confidence they get knowing they have more complete coverage than just having Medicare alone. After all, Medicare helps to pay for some health care costs, but it doesn't pay for everything.

**These are not real people. Examples are fictitious and for illustrative purposes only.**

**You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.**

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

**In some states, plans may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. A licensed insurance agent may contact you.**

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

MI10190S2

7

**AARP** Medicare Supplement
*from* ⊞ UnitedHealthcare®

UnitedHealthcare Insurance Company (UnitedHealthcare)

# Reasons to Choose an
# AARP Medicare Supplement Insurance Plan.

## Where you buy your plan from matters.

**1**

**Covered by USA's largest Medicare Supplement insurer.**
UnitedHealthcare Insurance Company and affiliates cover more people with
Medicare supplement plans nationwide than any other individual insurance carrier.*

**2**

**Endorsed by AARP.**
Medicare supplement plans that carry the AARP name are endorsed
by AARP.

**3**

**High insured member satisfaction rate.**
95% satisfaction rate among those surveyed with AARP Medicare
Supplement Plans.~

**4**

**Experts available to help you when you need it.**
UnitedHealthcare has knowledgeable licensed insurance agents who can
help you navigate your options and answer any questions you may have.

**5**

**Multi-Insured Discount.**
You may be eligible for a discount on your monthly premiums if two or more
members are enrolled under the same AARP membership number and each
is insured under an eligible AARP-branded supplemental insurance policy
from UnitedHealthcare.

* From a report prepared for UnitedHealthcare by Mark Farrah Associates "December 2022 Medigap Enrollment &
Market Share," June 2023.
~ From a report prepared for UnitedHealthcare by Human8, "2023 Medicare Supplement Insurance Plan Satisfaction
Posted Questionnaire," May 2023.
Please visit uhcmedsupstats.com or call 1-866-425-6523 to request a copy of the full reports referenced above.

MI10191S2                                              8

## 6 Fast claims processing.

98% of AARP Medicare Supplement Plan claims are processed in just 10 days or less,° which means you get the information you're waiting for in a reasonable amount of time. No long waiting times.

## 7 Website for insured AARP Medicare Supplement Plan members.

Once you become an insured member, you'll get access to a secure UnitedHealthcare Insurance Company website that helps you to get the most from your plan. Available 24/7, the website allows you to:

- View plan benefits information.
- Review claims activity.
- Make premium payments.
- Access helpful articles and resources for healthy living.
- *And more!*

° From a report prepared for UnitedHealthcare by Human8, "Substantiation of Advertising Claims Concerning AARP Medicare Supplement Insurance Plans," June 2023.

Please visit uhcmedsupstats.com or call 1-866-425-6523 to request a copy of the full report.

**You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.**

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

**Plan A may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. A licensed insurance agent may contact you.**

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

MI10191S2

**AARP Medicare Supplement** from **UnitedHealthcare**

AARP® Medicare Supplement Insurance Plans, insured by
UnitedHealthcare Insurance Company (UnitedHealthcare)

# IMPORTANT - WAYS TO SAVE ON YOUR MONTHLY RATE!



| | Plan G Monthly Rate* | Plan N Monthly Rate* |
|---|---|---|
| Female, age 65 | $137.86 | $118.14 |
| Male, age 65 | $155.68 | $133.39 |

Rates shown for a non-tobacco user include Enrollment Discount at age shown and 7% Multi-Insured Discount and $2 EFT Payment Discount.

The rates are illustrative only, person should not send money to the issuer of the health benefit plan in response to the advertisement and a person cannot obtain coverage under the health benefit plan until the person completes an application for coverage.*

## Ways to Save:



### SAVE up to 39%** with the Enrollment Discount
You may be eligible for a discount off the monthly premium that rewards you for enrolling early.



### SAVE 7% with the Multi-Insured Discount
You can take **7% off** your monthly premiums if two or more members are enrolled under the same AARP membership number and each is insured under an eligible AARP-branded supplemental insurance policy from UnitedHealthcare.



### TAKE $24 OFF with either Electronic Funds Transfer or Annual Payer Discount
You'll save $2.00 off your premium each month when you choose the Electronic Funds Transfer (EFT) payment option or $24 a year with the Annual Payer Discount if you choose to pay your entire annual premium at one time.

**Note: Electronic Funds Transfer (EFT) discount and Annual Payer discount cannot be combined.**



### LOCK In Your Premium with the Rate Guarantee
Your rate is guaranteed for 6 months from your initial plan effective date.

**Check out the additional value-added health and wellness services
and discounts available. See the enclosed information for details.**

* The answers to questions on your Application Form will be used to determine which rate applies to you and your actual monthly rate will be determined when you apply. All rates are subject to change. Any rate change will apply to all members of the same class insured under your Plan who reside in your state.

** The rate discount is 39% at ages 65-68, 36% at age 69, 33% at age 70, and so on, decreasing by 3% on the Plan anniversary date, through age 80. The discount then decreases to 0% after age 80. The discount is available to new applicants who are accepted to enroll in an AARP Medicare Supplement Plan.

AARP endorses the AARP Medicare Supplement Plans insured by UnitedHealthcare. UnitedHealthcare pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. AARP does not employ or endorse agents, brokers or producers.

# Review the enclosed rate page...



# Or simply call UnitedHealthcare
# for your personal rate quote today.

# 1-866-425-6523

A UnitedHealthcare licensed insurance agent can provide
you with your personal rate quote and help you review
your plan options. Once you decide on the plan that's
right for you, you can also apply right over the phone!



You must be an AARP member to enroll in an AARP Medicare Supplement Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.

Insured by UnitedHealthcare Insurance Company. 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

Plan A may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.

Not connected with or endorsed by the U.S. government or the federal Medicare program.

This is a solicitation of insurance. A licensed insurance agent/producer may contact you.

See the enclosed materials for complete information, including benefits, costs, eligibility requirements, exclusions and limitations.

**AARP** Medicare Supplement
from ||| UnitedHealthcare

UnitedHealthcare Insurance Company (UnitedHealthcare)

# Gym Membership, Discounts, and More.

## More reasons to choose an AARP Medicare Supplement Insurance Plan!

Once you are enrolled in an AARP Medicare Supplement Plan from UnitedHealthcare, you'll get insured member discounts and services that are designed to help you live better, including:



- **Gym Membership.** **
- **24/7 Nurse line.**
- **Dental Discount.**
- **Vision Discount.**
- ***And more!***

You can find more details about the discounts and services on the enclosed insert included in this Decision Guide.

**These offers are available at no additional cost to you and are only available to insured members covered under an AARP Medicare Supplement Plan from UnitedHealthcare. These are additional insured member services apart from the AARP Medicare Supplement Plan benefits, are not insurance programs, are subject to geographical availability and may be discontinued at any time.**

**Enables you to take a more proactive approach to your overall health and wellness!**

** Availability of fitness program may vary by area. Fitness program network only includes participating facilities and locations. None of these services are a substitute for the advice of a doctor or should be used for emergency or urgent care needs. In an emergency, call 911 or go to the nearest emergency room.

**You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.**

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

**In some states, plans may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. A licensed insurance agent may contact you.**

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

MI10192S4



**AARP®** Medicare Supplement
*from* ))) UnitedHealthcare®

UnitedHealthcare Insurance Company (UnitedHealthcare)

# How to Apply.

## Take the next step with an AARP Medicare Supplement Insurance Plan from UnitedHealthcare.



**Verify your information.** The application and rates in this package are based on your information shown below. If any of the information shown is incorrect, your rate may be different than what is shown on the enclosed rate page and you may need a different application. If so, please call UnitedHealthcare.

**Date of Birth:**

**Address shown on the application**

**Plan Effective Date:** 12/01/2024

**Medicare Part A Effective Date:** 12/01/2024

**Medicare Part B Effective Date:**



**Choose your plan and find your monthly rate.** Read through this Decision Guide to see which AARP® Medicare Supplement Plan best meets your needs. Then, use the enclosed monthly rates to determine what your monthly premium will be.



**Apply now!** Here are the different ways you can choose to apply:



**Phone: Call UnitedHealthcare at 1-800-555-5555. (Mon-Fri, 7 a.m. - 11 p.m.; Sat, 9 a.m. - 5 p.m. ET; TTY: 711.)**

*Have someone else lead you through the application process!* With this personalized one-on-one option, a friendly licensed insurance agent answers any questions you may have and helps you complete your application right over the phone.



**Mail: Complete and return the enclosed application.**

*Fill out your paper application at your own pace.* This option allows you to take your time as you fill out your application and return it when you're ready.





**Online: Visit AARPMedicareSupplement.com.**

*Access a digital application form at your convenience 24/7.* With this user-friendly option, you're guided through a variety of screens that ask you to answer a series of questions. Pop-up boxes on the screens help clarify unfamiliar terms.



MI10177S2

13

## Get help at any point in the application process.



Applying for a Medicare supplement plan doesn't have to be complicated. Regardless of how you apply, help is always just a call away.

Call UnitedHealthcare at **1-800-555-5555** to talk with a knowledgeable licensed insurance agent. With years of experience, our licensed insurance agents can help you:

- Learn how Medicare supplement plans work.
- Understand your plan options.
- See which plan may work best for your needs and budget.

## The best time to buy a Medicare supplement plan is during your six-month Open Enrollment Period!

This six-month open enrollment period starts on the first day of the month in which you enroll in Medicare Part B. During this six-month Open Enrollment Period (OEP), you have a right to enroll in any Medicare supplement plan sold in your state—regardless of your health status. There may be other situations in which you may be guaranteed acceptance, but generally if you delay your enrollment beyond your OEP, you may be asked health questions in states that allow it and may not be accepted into the plan, or if you are accepted rates may be higher.

## Consider a Medicare Part D (prescription drug coverage) plan with your Medicare supplement plan.

Medicare supplement plans, by law, cannot include prescription coverage. Purchasing a Medicare Part D plan in addition to a Medicare supplement plan could help give you more complete coverage.

A few things to know about Medicare Part D plans:

- Medicare Part D plans are available through private insurance companies approved by Medicare.
- There are a variety of Medicare Part D plans to choose from, and plans vary from insurer to insurer.
- If you don't enroll in a Part D plan when you're first eligible, you may have to pay penalties for signing up for a plan later on (unless you meet certain requirements).

**You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.**

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

**In some states, plans may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. A licensed insurance agent may contact you.**

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

MI10177S2



# Additional Insurance Plan Information



AARP Medicare Supplement
from UnitedHealthcare

UnitedHealthcare Insurance Company (UnitedHealthcare)

This area intentionally left blank.

---

**You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.**

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

**In some states, plans may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.**

**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. A licensed insurance agent may contact you.**

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

# Gym Membership, Discounts, and More

Once you're enrolled in an AARP® Medicare Supplement Insurance Plan from UnitedHealthcare Insurance Company (UnitedHealthcare), you'll get insured member discounts and services.

 ## Gym Membership

**Renew Active® Fitness Program:**

- A gym membership at no additional cost to you.
- Access to over 25,000 national gyms and fitness locations.
- Access to thousands of on-demand workout videos and live streaming fitness classes.
- Social activities at local health and wellness classes and events.
- Online Fitbit® Community for Renew Active – no Fitbit device needed.

 ## Brain Health

An online program offering content about brain health, including the Cognitive Assessment and Lifestyle Check-ins as well as exclusive content for Renew Active members, such as videos and interactive challenges, all from AARP® Staying Sharp®.

 ## Dental Discount

Receive discounts for dental services from in-network dentists through Dentegra:

- In-network discounts generally average 30-40%[†] off of contracted rates nationally for a range of dental services, including cleanings, exams, fillings and crowns.
- Access to 30,000 in-network general dentists and specialists at 90,000 locations nationwide.
- No waiting periods, deductibles, or annual maximums.

**The Dentegra dental discount is not insurance.**

 ## Vision Discount

Save on eyewear purchases and routine eye exams. AARP® Vision Discounts provided by EyeMed includes:

- $50 eye exams at participant providers.[*]
- LensCrafters, take an additional $50 off the AARP Vision Discount or best in-store offer on no-line progressive lenses with frame purchase.[* *]

 ## 24/7 Nurse line

A registered nurse is available to discuss your concerns and answer questions over the phone anytime, day or night. Interpretation services are available in Spanish, as well as in 140+ languages.

- Nurses are also available to help guide you to community resources. These resources may help provide assistance on transportation services, understanding medication cost options, and availability of meal delivery services.

 ## Hearing Discount

Take care of your hearing health and save with exclusive pricing on a wide selection of hearing aids and accessories. **AARP® Hearing Solutions™ provided by UnitedHealthcare Hearing** includes:

- Up to 20% discount on prescription hearing aids, plus AARP Medicare Supplement plan holders can receive an additional $100 off select hearing aids.
- 15% discount on hearing aid accessories.
- No-cost hearing test, hearing aid fitting and expert support from UnitedHealthcare Hearing's nationwide network of experienced hearing providers near you.
- 4-year extended warranty to help ensure the best listening experience.

 ## Driver Safety

Refresh your driving skills with the **AARP Smart Driver™** course. The course helps participants brush up on rules of the road and reduce driver distractions.

When you take the **AARP Smart Driver™** course, you could be eligible for a discount on your auto insurance.[1] The course is available online or in-person, and is offered at no additional cost to AARP Medicare Supplement Plan holders.[2]

†Dentegra Fee Schedules vs. FAIR Health Mean Data, 01/2023
*Offer valid at participating providers. Eye exam discount applies only to comprehensive eye exams and does not include contact lens exams or fitting. Contact lens purchase requires valid contact lens prescription.
* *Present offer to receive a bonus $50 off in addition to your AARP Vision Discount of 50% off lenses or best in-store offer when you purchase a frame and progressive lenses. Complete pair required. Frame and lens purchase cannot be combined with any other offers, discounts, past purchases, readers or non-prescription sunglasses. Valid doctor's prescription required and the cost of an eye exam is not included. Eyeglasses priced from $218.29 to $2,423.33. Cartier®, Lindberg®, Oakley® Kato, Oliver Peoples, and Maui Jim® frames excluded. Additional frame and lens exclusions and restrictions may apply, see store associate for details. Void where prohibited. Discounts are off tag price. No cash value. Offer expires 12/31/2024. Code 755453.
1 Upon completion, you may be eligible to receive an auto insurance discount. Other restrictions may apply. Consult your agent for details. This offer is non-transferrable and void where prohibited. Your participation in the **AARP Smart Driver™** course is completely voluntary, and participation will not impact your health coverage. Participation in this offering is subject to your acceptance of the AARP® Smart Driver™ Terms of Use and Privacy Policy.
2 Some facilities charge an administrative fee. When registering, check local course listings for administrative fee information.

 **Medicare Supplement** from UnitedHealthcare



These offers are available at no additional cost to you and are only available to insured members covered under an AARP Medicare Supplement Plan from UnitedHealthcare Insurance Company. These are additional insured member services apart from the AARP Medicare Supplement Plan benefits, are not insurance programs, are subject to geographical availability and may be discontinued at any time. Certain offerings are provided by third parties not affiliated with UnitedHealthcare Insurance Company. None of these services should be used for emergency or urgent care needs. In an emergency, call 911 or go to the nearest emergency room.

## Renew Active Fitness Program

Participation in the Renew Active® program is voluntary. Renew Active includes standard fitness membership and other offerings. Fitness membership equipment, classes, personalized fitness plans, caregiver access and events may vary by location. Consult your doctor prior to beginning an exercise program or making changes to your lifestyle or health care routine. The Renew Active program varies by plan/area. Gym network may vary in local market.

## AARP Staying Sharp

UnitedHealthcare will receive, from AARP Staying Sharp, program confirmation code information together with data regarding your usage of AARP Staying Sharp (for example, the number of times you visited their website each month). This information may be used by UnitedHealthcare to potentially help develop future programs and services for its insured members.

Access to this service is subject to your acceptance of the Staying Sharp Legal Disclaimer, Terms of Service, and Privacy Policy. Existing Users who have already accepted AARP's Terms of Service and Privacy Policy will not be required to create a new AARP® Online Account but will need to accept Staying Sharp's Legal Disclaimer and additional Terms of Service.

Staying Sharp, including all content and features, is offered for informational purposes and to educate users on brain health care and medical issues that may affect their daily lives. Staying Sharp is based on a holistic, lifestyle approach to brain health that encourages users to incorporate into their daily lives activities that are associated with general wellness. Nothing in the service should be considered, or used as a substitute for, medical advice, diagnosis, or treatment. Features including the Cognitive Assessment and Lifestyle Check-Ins, Additional Tests, exercises, and challenges assess performance at a particular moment in time on certain discrete cognitive tasks. Staying Sharp games are intended for entertainment and recreational purposes only. Various factors may affect performance, including sleep, tiredness, focus, and other social, environmental, or emotional factors. Performance is not indicative of cognitive health and not predictive of future performance or medical conditions.

## Dentegra Dental Discount

THIS IS NOT INSURANCE and not intended to replace insurance. All decisions about medications and dental care are between you and your dentist or health care provider. The Dentegra dental discount is not a Qualified Health Plan under the Affordable Care Act. Products or services that are reimbursable by federal programs including Medicare and Medicaid are not available on a discounted or complimentary basis. The Dentegra dental discount provides discounts at certain health care providers for dental services. The range of discounts will vary depending on the type of provider, geographic region and service. The Dentegra dental discount does not make payments to the providers of dental services. Individuals who utilize the Dentegra dental discount are obligated to pay for all health care services but will receive a discount from those health care providers who have contracted with Dentegra Insurance Company. Dentegra Insurance Company, 560 Mission Street, San Francisco, CA 94105, is the Discount Plan Organization.

## AARP Vision Discounts provided by EyeMed

EyeMed Vision Care LLC (EyeMed) is the network administrator of AARP Vision provided by EyeMed. These discounts cannot be combined with any other discounts, promotions, coupons, or vision care plans unless noted herein. All decisions about medications and vision care are between you and your health care provider. Products or services that are reimbursable by federal programs including Medicare and Medicaid are not available on a discounted or complimentary basis. EyeMed pays a royalty fee to AARP for use of the AARP intellectual property. Amounts paid are used for the general purposes of AARP and its members.

## Nurse line

The information provided through these services is for informational purposes only. Your health information is kept confidential in accordance with applicable law. This is not a substitute for your doctor's care. Nurses and other representatives from these services cannot diagnose problems or recommend treatment. All decisions about medications, vision care, hearing care, health and wellness care or other care is between you and your health care provider. Consult your doctor prior to beginning an exercise program or making changes to your lifestyle or health care routine.

## AARP Hearing Solutions provided by UnitedHealthcare Hearing

The $100 discount and 4-year extended warranty applies to hearing aids offered in the Standard, Advanced, and Premium technology levels. One complimentary hearing test is only available from UnitedHealthcare Hearing providers, for purposes of determining hearing aid candidacy. These discounts cannot be combined with any other discounts, promotions, coupons or hearing aid benefit plans unless noted herein. Products or services that are reimbursable by federal programs including Medicare and Medicaid are not available on a discounted or complimentary basis. AARP commercial member benefits are provided by third parties, not by AARP or its affiliates. Providers pay a royalty fee to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. Some provider offers are subject to change and may have restrictions. Please contact the provider directly for details.

## AARP Driver Safety

This offer is non-transferrable and void where prohibited. Your participation in the AARP Smart Driver™ course is completely voluntary, and participation will not impact your health coverage. Participation in this offering is subject to your acceptance of the AARP® Smart Driver™ Terms of Use and Privacy Policy.

## AARP Medicare Supplement Insurance Plans

AARP endorses the AARP Medicare Supplement Insurance Plans, insured by UnitedHealthcare Insurance Company. UnitedHealthcare Insurance Company pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. AARP does not employ or endorse agents, brokers or producers.

You must be an AARP member to enroll in an AARP Medicare Supplement Plan. If you are not a member, you can join AARP when you enroll for just $16.00 a year.

AARP Medicare Supplement Insurance Plans insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103-3408. Policy Form No. GRP 79,171 GPS-1 (G-36000-4).

Plan A may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.

Not connected with or endorsed by the U.S. Government or the federal Medicare program.

This is a solicitation of insurance. A licensed insurance agent/producer may contact you.

Please see the enclosed materials including the Outline of Coverage for complete information including benefits, costs, eligibility requirements, exclusions and limitations.

SA26103TX

# How the Enrollment Discount Works.

**1** To be eligible for enrollment discounts on an AARP® Medicare Supplement Insurance Plan, insured by UnitedHealthcare Insurance Company (UnitedHealthcare), you need to meet the below requirements on your plan effective date:

■ You must be:
  - age 65 to 74, or
  - age 75 to 80 with a plan effective date that's within 10 years of your Medicare Part B effective date.

  *and*

■ You must not have any of the medical conditions listed on the application (unless you're within 6 months of your Medicare Part B effective date or in a guaranteed issue situation where medical questions don't apply).

**2** Your age on your plan effective date in your 1st year of coverage determines the discount you get in your 1st year of coverage.

**3** The discount stays the same for ages 65 through 68 after which the discount decreases 3% each year on the anniversary date of your plan, until the discount wears off at age 81. It's nice to know you still pay less than the Standard Rate through age 80.

| Age on Plan Effective Date | Starting Discount |
|---|---|
| 65 | |
| 66 | 39% for ages |
| 67 | 65 through 68 |
| 68 | |
| 69 | 36% |
| 70 | 33% |
| 71 | 30% |
| 72 | 27% |
| 73 | 24% |
| 74 | 21% |
| 75 | 18% |
| 76 | 15% |
| 77 | 12% |
| 78 | 9% |
| 79 | 6% |
| 80 | 3% |
| 81 | 0% |

 **Have questions?**

**Call UnitedHealthcare at 1-800-555-5555 (TTY users call: 711)**

Monday to Friday, 7 a.m. to 11 p.m. and Saturday, 9 a.m. to 5 p.m. ET.



UnitedHealthcare Insurance Company (UnitedHealthcare)



You must be an AARP member to enroll in an AARP Medicare Supplement Insurance Plan. If you are not a member, you can join AARP when you enroll for just $16 a year.

Insured by UnitedHealthcare Insurance Company, 185 Asylum Street, Hartford, CT 06103. Policy Form No. GRP 79171 GPS-1 (G-36000-4).

Plan A may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.

Not connected with or endorsed by the U.S. Government or the federal Medicare program.

This is a solicitation of insurance. A licensed insurance agent may contact you.

See enclosed for complete information, including benefits, costs, eligibility requirements, exclusions, and limitations.

MI10189TX

This page intentionally left blank.

MI10099ST                                            20

Outline of Coverage | UnitedHealthcare Insurance Company

# Overview of Available Plans

**Medicare Supplement Plans A, B, C, F, G, K, L and N are currently being offered by UnitedHealthcare Insurance Company.**

**Benefit Chart of Medicare Supplement Plans Sold on or after January 1, 2020**
This chart shows the benefits included in each of the standard Medicare supplement plans. Every company must make Plan "A" available. Some plans may not be available. Only applicants' **first** eligible for Medicare before 2020 may purchase Plans C, F, and high deductible F.

Note: A ✔ means 100% of this benefit is paid.

| Benefits | Plans Available to All Applicants | | | | | | | | Medicare first eligible before 2020 only | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | D | G⁰ | K | L | M | N | C | F¹ |
| Medicare Part A coinsurance and hospital coverage (up to an additional 365 days after Medicare benefits are used up) | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| Medicare Part B coinsurance or Copayment | ✔ | ✔ | ✔ | ✔ | 50% | 75% | ✔ | ✔ copays apply³ | ✔ | ✔ |
| Blood (first three pints) | ✔ | ✔ | ✔ | ✔ | 50% | 75% | ✔ | ✔ | ✔ | ✔ |
| Part A hospice care coinsurance or copayment | ✔ | ✔ | ✔ | ✔ | 50% | 75% | ✔ | ✔ | ✔ | ✔ |
| Skilled nursing facility coinsurance | | | ✔ | ✔ | 50% | 75% | ✔ | ✔ | ✔ | ✔ |
| Medicare Part A deductible | | ✔ | ✔ | ✔ | 50% | 75% | 50% | ✔ | ✔ | ✔ |
| Medicare Part B deductible | | | | | | | | | ✔ | ✔ |
| Medicare Part B excess charges | | | | ✔ | | | | | | ✔ |
| Foreign travel emergency (up to plan limits) | | ✔ | ✔ | | | | ✔ | ✔ | ✔ | ✔ |
| Out-of-pocket limit in 2024² | | | | | $7060² | $3530² | | | | |

¹Plans F and G also have a high deductible option which require first paying a plan deductible of $2800 before the plan begins to pay. Once the plan deductible is met, the plan pays 100% of covered services for the rest of the calendar year. High deductible plan G does not cover the Medicare Part B deductible. However, high deductible plans F and G count your payment of the Medicare Part B deductible toward meeting the plan deductible.

²Plans K and L pay 100% of covered services for the rest of the calendar year once you meet the out-of-pocket yearly limit.

³Plan N pays 100% of the Part B coinsurance, except for a co-payment of up to $20 for some office visits and up to a $50 co-payment for emergency room visits that do not result in an inpatient admission.

**Cover Page-Rates**

# Your Plans and Rates

Texas

| | Plan A | Plan B | Plan G |
|---|---|---|---|
| **Benefits** | | | |
| **Part A (Hospitalization)** coinsurance plus 365 additional hospital days after Medicare benefits are used up | ✓ | ✓ | ✓ |
| **Part B (Medical)** coinsurance or copayment | ✓ | ✓ | ✓ |
| **Blood** first 3 pints each year (Medicare pays costs after 3 pints) | ✓ | ✓ | ✓ |
| **Hospice Care** coinsurance or copayment | ✓ | ✓ | ✓ |
| **Skilled Nursing Facility Care** coinsurance | | | ✓ |
| **Part A Annual Deductible** | | ✓ | ✓ |
| **Part B Annual Deductible** | | | |
| **Part B Excess Charges** | | | ✓ |
| **Foreign Travel** emergency care (up to plan limits) | | | ✓ |
| **Annual Out-Of-Pocket** spending limit in 2024 | | | |

| | Plan A | Plan B | Plan G |
|---|---|---|---|
| **Monthly Plan Rates[1] - Female** | | | |
| Standard Rates with 39% Enrollment Discount[4] | $333.97 | $167.29 | $157.99 |
| Standard Rates with 39% Enrollment Discount for Tobacco Users[4] | $367.37 | $184.01 | $173.78 |
| Standard Rates | $547.50 | $274.25 | $259.00 |
| Standard Rates for Tobacco Users | $602.25 | $301.67 | $284.90 |

**1 NOTE: The rates on these pages are for the person whose name is on the enclosed application. These rates are for plan effective dates from July 2024 - June 2025 and may change.**

**IMPORTANT:** The plan availability and rates shown are (a) for eligible Applicants who turn age 65 on or after 1/1/2020 and (b) for eligible Applicants who have a Medicare Part A effective date on or after 1/1/2020.

**2 EXCEPTION:** Plans K and L will pay 100% of Part B co-insurance for preventive services covered by Medicare.

# AARP® Medicare Supplement Insurance Plans
## insured by UnitedHealthcare Insurance Company

| Plan K | Plan L | Plan N |
|---|---|---|
| ✓ | ✓ | ✓ |
| 50%[2] | 75%[2] | Copay[3] |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| | | ✓ |
| $7,060 | $3,530 | |

| Plan K | Plan L | Plan N |
|---|---|---|
| $69.54 | $102.02 | $135.72 |
| $76.49 | $112.22 | $149.29 |
| $114.00 | $167.25 | $222.50 |
| $125.40 | $183.97 | $244.75 |



**3 NOTE:** Up to $20 copay for office visits and up to $50 copay for Emergency Room.

**4 NOTE:** Enrollment Discounts are applied to the Standard Rates, which usually change each calendar year. Additionally, after age 68 the Enrollment Discount decreases 3% each year on the anniversary of your plan effective date.

**Cover Page-Rates**

# Your Plans and Rates                                            Texas

| | Plan A | Plan B | Plan G |
|---|---|---|---|
| **Benefits** | | | |
| **Part A (Hospitalization)** coinsurance plus 365 additional hospital days after Medicare benefits are used up | ✓ | ✓ | ✓ |
| **Part B (Medical)** coinsurance or copayment | ✓ | ✓ | ✓ |
| **Blood** first 3 pints each year (Medicare pays costs after 3 pints) | ✓ | ✓ | ✓ |
| **Hospice Care** coinsurance or copayment | ✓ | ✓ | ✓ |
| **Skilled Nursing Facility Care** coinsurance | | | ✓ |
| **Part A Annual Deductible** | | ✓ | ✓ |
| **Part B Annual Deductible** | | | |
| **Part B Excess Charges** | | | ✓ |
| **Foreign Travel** emergency care (up to plan limits) | | | ✓ |
| **Annual Out-Of-Pocket** spending limit in 2024 | | | |

| | Plan A | Plan B | Plan G |
|---|---|---|---|
| **Monthly Plan Rates[1] - Male** | | | |
| Standard Rates with 39% Enrollment Discount[4] | $376.67 | $188.64 | $178.12 |
| Standard Rates with 39% Enrollment Discount for Tobacco Users[4] | $414.34 | $207.50 | $195.93 |
| Standard Rates | $617.50 | $309.25 | $292.00 |
| Standard Rates for Tobacco Users | $679.25 | $340.17 | $321.20 |

**1 NOTE: The rates on these pages are for the person whose name is on the enclosed application. These rates are for plan effective dates from July 2024 - June 2025 and may change.**

**IMPORTANT:** The plan availability and rates shown are (a) for eligible Applicants who turn age 65 on or after 1/1/2020 and (b) for eligible Applicants who have a Medicare Part A effective date on or after 1/1/2020.

**2 EXCEPTION:** Plans K and L will pay 100% of Part B co-insurance for preventive services covered by Medicare.

# AARP® Medicare Supplement Insurance Plans
## insured by UnitedHealthcare Insurance Company

| Plan K | Plan L | Plan N |
|---|---|---|
| ✓ | ✓ | ✓ |
| 50%[2] | 75%[2] | Copay[3] |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| 50% | 75% | ✓ |
| | | ✓ |
| $7,060 | $3,530 | |

| Plan K | Plan L | Plan N |
|---|---|---|
| $78.38 | $115.13 | $152.95 |
| $86.22 | $126.64 | $168.25 |
| $128.50 | $188.75 | $250.75 |
| $141.35 | $207.62 | $275.82 |



**3 NOTE:** Up to $20 copay for office visits and up to $50 copay for Emergency Room.

**4 NOTE:** Enrollment Discounts are applied to the Standard Rates, which usually change each calendar year. Additionally, after age 68 the Enrollment Discount decreases 3% each year on the anniversary of your plan effective date.

Outline of Coverage | UnitedHealthcare Insurance Company

## Premium information

We, UnitedHealthcare Insurance Company, can only raise your premium for all certificates like yours in the state. Any change will apply to all members of the same class insured under your plan who reside in your state.

## Disclosures

Use this outline to compare benefits and premiums among plans.

## Read your certificate very carefully

This is only an outline describing your certificate's most important features. The certificate is your insurance contract. You must read the certificate itself to understand all of the rights and duties of both you and your insurance company.

## Right to return the certificate

If you find that you are not satisfied with your coverage, you may return the certificate to:

> UnitedHealthcare
> PO BOX 30607
> Salt Lake City, UT 84130-0607

If you send the certificate back to us within 30 days after you receive it, we will treat the certificate as if it had never been issued and return all of your premium payments.

## Policy replacement

If you are replacing another health insurance policy, do NOT cancel it until you have actually received your new certificate and are sure you want to keep it.

## Notice

The certificate may not fully cover all of your medical costs. Neither UnitedHealthcare Insurance Company nor its agents are connected with Medicare. This outline of coverage does not give all the details of Medicare coverage. Contact your local Social Security office or consult *Medicare & You* for more details.

## Limitations and exclusions

- Benefits provided under Medicare.
- Benefits provided under a Medicare Advantage Plan.
- Care not meeting Medicare's standards.
- Care for which you have no obligation to pay.
- Care you receive in a government hospital.
- Injury or sickness for which you are entitled to worker's compensation benefits.
- Benefits provided under another policy.
- Charges in excess of Medicare eligible expenses.
- Expenses you incur during the first 3 months after your effective date if due to a pre-existing condition. A pre-existing condition is a condition for which one of these things happened within 3 months before your effective date:
  1) a physician gave you medical advice for the condition.
  2) a physician recommended or gave you treatment for the condition, which includes a physician recommending or prescribing a prescription drug for the condition.

  (If you are an Eligible Person or had Creditable Coverage within the last 63 days, this limitation will not apply to you.)

## Refund of Premium

The certificate provides a refund of any unearned monthly premium upon the death of an insured or the surrender of the Certificate.

## Complete answers are very important

When you fill out the application for the new certificate, be sure to answer truthfully all questions about your medical and health history. The company may cancel your certificate and refuse to pay any claims if you leave out or falsify important medical information. Review the application carefully before you sign it. Be certain that all information has been properly recorded.

RD54

## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD

\* A benefit period begins on the first day you receive service as an inpatient in a hospital and ends after you have been out of the hospital and have not received skilled care in any other facility for 60 days in a row.

| SERVICES | MEDICARE PAYS | PLAN A | | PLAN B | |
|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **HOSPITALIZATION\*** Semiprivate room and board, general nursing and miscellaneous services and supplies | | | | | |
| First 60 days | All but $1,632 | $0 | $1,632 (Part A deductible) | $1,632 (Part A deductible) | $0 |
| 61st thru 90th day | All but $408 a day | $408 a day | $0 | $408 a day | $0 |
| 91st day and after: -While using 60 lifetime reserve days | All but $816 a day | $816 a day | $0 | $816 a day | $0 |
| -Once lifetime reserve days are used: - Additional 365 days | $0 | 100% of Medicare eligible expenses | $0\*\* | 100% of Medicare eligible expenses | $0\*\* |
| - Beyond the additional 365 days | $0 | $0 | All costs | $0 | All costs |
| **SKILLED NURSING FACILITY CARE\*** You must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the hospital | | | | | |
| First 20 days | All approved amounts | $0 | $0 | $0 | $0 |
| 21st thru 100th day | All but $204 a day | $0 | Up to $204 a day | $0 | Up to $204 a day |
| 101st day and after | $0 | $0 | All costs | $0 | All costs |
| **BLOOD** | | | | | |
| First 3 pints | $0 | 3 pints | $0 | 3 pints | $0 |
| Additional amounts | 100% | $0 | $0 | $0 | $0 |
| **HOSPICE CARE** | | | | | |
| You must meet Medicare's requirements, including a doctor's certification of terminal illness | All but very limited copayment/ coinsurance for outpatient drugs and inpatient respite care | Medicare copayment/ coinsurance | $0 | Medicare copayment/ coinsurance | $0 |

\*\* **NOTICE:** When your Medicare Part A hospital benefits are exhausted, the insurer stands in place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits." During this time, the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid.

BT002 TX AB                                                                                                    1/24

## MEDICARE (PART B) - MEDICAL SERVICES - PER CALENDAR YEAR

\* Once you have been billed $240 of Medicare-approved amounts for covered services (which are noted with an asterisk), your Part B deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN A | | PLAN B | |
|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **MEDICAL EXPENSES -** IN OR OUT OF THE HOSPITAL AND OUTPATIENT HOSPITAL TREATMENT, such as physician's services, inpatient and outpatient medical and surgical services and supplies, physical and speech therapy, diagnostic tests, durable medical equipment | | | | | |
| First $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 20% | $0 | Generally 20% | $0 |
| **PART B EXCESS CHARGES** | | | | | |
| (Above Medicare Approved Amounts) | $0 | $0 | All costs | $0 | All costs |
| **BLOOD** | | | | | |
| First 3 pints | $0 | All costs | $0 | All costs | $0 |
| Next $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 | 20% | $0 |
| **CLINICAL LABORATORY SERVICES -** TESTS FOR DIAGNOSTIC SERVICES | 100% | $0 | $0 | $0 | $0 |

| PARTS A & B | | | | | |
|---|---|---|---|---|---|
| SERVICES | MEDICARE PAYS | PLAN A | | PLAN B | |
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **HOME HEALTH CARE** MEDICARE APPROVED SERVICES | | | | | |
| - Medically necessary skilled care services and medical supplies | 100% | $0 | $0 | $0 | $0 |
| - Durable medical equipment | | | | | |
| First $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 | 20% | $0 |

## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD

* A benefit period begins on the first day you receive service as an inpatient in a hospital and ends after you have been out of the hospital and have not received skilled care in any other facility for 60 days in a row.

| SERVICES | MEDICARE PAYS | PLAN C | | PLAN F | | PLAN N | |
|---|---|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **HOSPITALIZATION\*** Semiprivate room and board, general nursing and miscellaneous services and supplies | | | | | | | |
| First 60 days | All but $1,632 | $1,632 (Part A deductible) | $0 | $1,632 (Part A deductible) | $0 | $1,632 (Part A deductible) | $0 |
| 61st thru 90th day | All but $408 a day | $408 a day | $0 | $408 a day | $0 | $408 a day | $0 |
| 91st day and after: -While using 60 lifetime reserve days | All but $816 a day | $816 a day | $0 | $816 a day | $0 | $816 a day | $0 |
| -Once lifetime reserve days are used: -Additional 365 days | $0 | 100% of Medicare eligible expenses | $0\*\* | 100% of Medicare eligible expenses | $0\*\*\* | 100% of Medicare eligible costs | $0\*\* |
| -Beyond the additional 365 days | $0 | $0 | All costs | $0 | All costs | $0 | All costs |
| **SKILLED NURSING FACILITY CARE\*** You must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the hospital | | | | | | | |
| First 20 days | All approved amounts | $0 | $0 | $0 | $0 | $0 | $0 |
| 21st thru 100th day | All but $204 a day | Up to $204 a day | $0 | Up to $204 a day | $0 | Up to $204 a day | $0 |
| 101st day and after | $0 | $0 | All costs | $0 | All costs | $0 | All costs |
| **BLOOD** | | | | | | | |
| First 3 pints | $0 | 3 pints | $0 | 3 pints | $0 | 3 pints | $0 |
| Additional amounts | 100% | $0 | $0 | $0 | $0 | $0 | $0 |

**\*\* NOTICE:** When your Medicare Part A hospital benefits are exhausted, the insurer stands in place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits." During this time, the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid.

**\*\*\* NOTICE:** When your Medicare Part A hospital benefits are exhausted, the insurer stands in place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits." During this time, the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid



## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD (continued)

| SERVICES | MEDICARE PAYS | PLAN C | | PLAN F | | PLAN N | |
|---|---|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **HOSPICE CARE**<br>You must meet Medicare's requirements, including a doctor's certification of terminal illness | All but very limited copayment/ coinsurance for outpatient drugs and inpatient respite care | Medicare copayment/ coinsurance | $0 | Medicare copayment/ coinsurance | $0 | Medicare copayment/ coinsurance | $0 |

# MEDICARE (PART B) - MEDICAL SERVICES - PER CALENDAR YEAR

* Once you have been billed $240 of Medicare-approved amounts for covered services (which are noted with an asterisk), your Part B deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN C | | PLAN F | | PLAN N | |
|---|---|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **MEDICAL EXPENSES -** IN OR OUT OF THE HOSPITAL AND OUTPATIENT HOSPITAL TREATMENT, such as physician's services, inpatient and outpatient medical and surgical services and supplies, physical and speech therapy, diagnostic tests, durable medical equipment | | | | | | | |
| First $240 of Medicare Approved Amounts* | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) | $0 | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 20% | $0 | Generally 20% | $0 | Balance, other than up to $20 per office visit and up to $50 per emergency room visit. The copayment of up to $50 is waived if the insured is admitted to any hospital and the emergency visit is covered as a Medicare Part A expense. | Up to $20 per office visit and up to $50 per emergency room visit. The copayment of up to $50 is waived if the insured is admitted to any hospital and the emergency visit is covered as a Medicare Part A expense. |
| **PART B EXCESS CHARGES** | | | | | | | |
| (Above Medicare Approved Amounts) | $0 | $0 | All costs | 100% | $0 | $0 | All costs |
| **BLOOD** | | | | | | | |
| First 3 pints | $0 | All costs | $0 | All costs | $0 | All costs | $0 |
| Next $240 of Medicare Approved Amounts* | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) | $0 | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 | 20% | $0 | 20% | $0 |
| **CLINICAL LABORATORY SERVICES-** TESTS FOR DIAGNOSTIC SERVICES | 100% | $0 | $0 | $0 | $0 | $0 | $0 |



BT002 TX CFN

| PARTS A & B |
|---|

* Once you have been billed $240 of Medicare-approved amounts for covered services (which are noted with an asterisk), your Part B deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN C | | PLAN F | | PLAN N | |
|---|---|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **HOME HEALTH CARE** | | | | | | | |
| MEDICARE APPROVED SERVICES | | | | | | | |
| -Medically necessary skilled care services and medical supplies | 100% | $0 | $0 | $0 | $0 | $0 | $0 |
| -Durable medical equipment | | | | | | | |
| First $240 of Medicare Approved amounts* | $0 | $240 (Part B deductible) | $0 | $240 (Part B deductible) | $0 | $0 | $240 (Part B deductible) |
| Remainder of Medicare Approved amounts | 80% | 20% | $0 | 20% | $0 | 20% | $0 |

| OTHER BENEFITS - NOT COVERED BY MEDICARE |
|---|

| SERVICES | MEDICARE PAYS | PLAN C | | PLAN F | | PLAN N | |
|---|---|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY | PLAN PAYS | YOU PAY |
| **FOREIGN TRAVEL** - NOT COVERED BY MEDICARE Medically necessary emergency care services beginning during the first 60 days of each trip outside the USA | | | | | | | |
| First $250 each calendar year | $0 | $0 | $250 | $0 | $250 | $0 | $250 |
| Remainder of charges | $0 | 80% to a lifetime maximum benefit of $50,000 | 20% and amounts over the $50,000 lifetime maximum | 80% to a lifetime maximum benefit of $50,000 | 20% and amounts over the $50,000 lifetime maximum | 80% to a lifetime maximum benefit of $50,000 | 20% and amounts over the $50,000 lifetime maximum |

# Plan G

## MEDICARE (PART A) – HOSPITAL SERVICES – PER BENEFIT PERIOD

* A benefit period begins on the first day you receive service as an inpatient in a hospital and ends after you have been out of the hospital and have not received skilled care in any other facility for 60 days in a row.

| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
|---|---|---|---|
| **HOSPITALIZATION*** Semiprivate room and board, general nursing and miscellaneous services and supplies | | | |
| First 60 days | All but $1,632 | $1,632 (Part A deductible) | $0 |
| 61st thru 90th day | All but $408 a day | $408 a day | $0 |
| 91st day and after: | | | |
| – While using 60 lifetime reserve days | All but $816 a day | $816 a day | $0 |
| – Once lifetime reserve days are used: Additional 365 days | $0 | 100% of Medicare eligible expenses | $0*** |
| Beyond the additional 365 days | $0 | $0 | All costs |
| **SKILLED NURSING FACILITY CARE*** You must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the | | | |
| hospital First 20 days | All approved amounts | $0 | $0 |
| 21st thru 100th day | All but $204 a day | Up to $204 a day | $0 |
| 101st day and after | $0 | $0 | All costs |
| **BLOOD** | | | |
| First 3 pints | $0 | 3 pints | $0 |
| Additional amounts | 100% | $0 | $0 |
| **HOSPICE CARE** You must meet Medicare's requirements, including a doctor's certification of terminal illness | All but very limited copayment/coinsurance for outpatient drugs and inpatient respite care | Medicare copayment/ coinsurance | $0 |

***NOTICE: When your Medicare Part A hospital benefits are exhausted, the insurer stands in the place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits." During this time the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid.

# Plan G

## MEDICARE (PART B) – MEDICAL SERVICES – PER CALENDAR YEAR

\* Once you have been billed $240 of Medicare-approved amounts for covered services (which are noted with an asterisk), your Part B Deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
|---|---|---|---|
| **MEDICAL EXPENSES** – IN OR OUT OF THE HOSPITAL AND OUTPATIENT HOSPITAL TREATMENT, such as physician's services, inpatient and outpatient medical and surgical services and supplies, physical and speech therapy, diagnostic tests, durable medical equipment | | | |
| First $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Unless Part B deductible has been met) |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 20% | $0 |
| **PART B EXCESS CHARGES** (Above Medicare Approved amounts) | $0 | 100% | $0 |
| **BLOOD** | | | |
| First 3 pints | $0 | All costs | $0 |
| Next $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Unless Part B deductible has been met) |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 |
| **CLINICAL LABORATORY SERVICES** – TESTS FOR DIAGNOSTIC SERVICES | 100% | $0 | $0 |

| PARTS A & B | | | |
|---|---|---|---|
| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
| **HOME HEALTH CARE** MEDICARE APPROVED SERVICES | | | |
| – Medically necessary skilled care services and medical supplies | 100% | $0 | $0 |
| Durable medical equipment | | | |
| First $240 of Medicare Approved Amounts* | $0 | $0 | $240 (Unless Part B deductible has been met) |
| Remainder of Medicare Approved Amounts | 80% | 20% | $0 |

| OTHER BENEFITS – NOT COVERED BY MEDICARE | | | |
|---|---|---|---|
| SERVICES | MEDICARE PAYS | PLAN PAYS | YOU PAY |
| **FOREIGN TRAVEL** – NOT COVERED BY MEDICARE Medically necessary emergency care services beginning during the first 60 days of each trip outside the USA | | | |
| First $250 each calendar year | $0 | $0 | $250 |
| Remainder of Charges | $0 | 80% to a lifetime maximum benefit of $50,000 | 20% and amounts over the $50,000 lifetime maximum |

\* You will pay half (one-fourth for Plan L) of the cost-sharing of some covered services until you reach the annual out-of-pocket limit of $7060 ($3530 for Plan L) each calendar year. The amounts that count toward your annual limit are noted with diamonds (♦) in the chart below. Once you reach the annual limit, the plan pays 100% of your Medicare copayment and coinsurance for the rest of the calendar year. **However, this limit does NOT include charges from your provider that exceed Medicare-approved amounts (these are called "Excess Charges") and you will be responsible for paying this difference in the amount charged by your provider and the amount paid by Medicare for the item or service.**

## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD

\*\* A benefit period begins on the first day you receive service as an inpatient in a hospital and ends after you have been out of the hospital and have not received skilled care in any other facility for 60 days in a row.

| SERVICES | MEDICARE PAYS | PLAN K | | PLAN L | |
|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY* | PLAN PAYS | YOU PAY* |
| **HOSPITALIZATION\*\*** Semiprivate room and board, general nursing and miscellaneous services and supplies | | | | | |
| First 60 days | All but $1,632 | $816 (50% of Part A deductible) | $816 (50% of Part A deductible)♦ | $1,224 (75% of Part A deductible) | $408 (25% of Part A Deductible)♦ |
| 61si through 90th day | All but $408 a day | $408 a day | $0 | $408 a day | $0 |
| 91st day and after: -While using 60 lifetime reserve days | All but $816 a day | $816 a day | $0 | $816 a day | $0 |
| -Once lifetime reserve days are used: -Additional 365 days | $0 | 100% of Medicare eligible costs | $0\*\*\* | 100% of Medicare eligible costs | $0\*\*\* |
| -Beyond the additional 365 days | $0 | $0 | All costs | $0 | All costs |
| **SKILLED NURSING FACILITY CARE\*\*** You must meet Medicare's requirements, including having been in a hospital for at least 3 days and entered a Medicare-approved facility within 30 days after leaving the hospital | | | | | |
| First 20 days | All approved amounts | $0 | $0 | $0 | $0 |
| 21st thru 100th day | All but $204 a day | Up to $102 a day | Up to $102 a day♦ | Up to $153 a day | Up to $51 a day♦ |
| 101st day and after | $0 | $0 | All costs | $0 | All costs |



\*\*\* **NOTICE:** When your Medicare Part A hospital benefits are exhausted, the insurer stands in place of Medicare and will pay whatever amount Medicare would have paid for up to an additional 365 days as provided in the policy's "Core Benefits." During this time, the hospital is prohibited from billing you for the balance based on any difference between its billed charges and the amount Medicare would have paid.

## MEDICARE (PART A) - HOSPITAL SERVICES - PER BENEFIT PERIOD (continued)

| SERVICES | MEDICARE PAYS | PLAN K | | PLAN L | |
|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY* | PLAN PAYS | YOU PAY* |
| **BLOOD** | | | | | |
| First 3 pints | $0 | 50% | 50%◆ | 75% | 25%◆ |
| Additional amounts | 100% | $0 | $0 | $0 | $0 |
| **HOSPICE CARE** | | | | | |
| You must meet Medicare's requirements, including a doctor's certification of terminal illness | All but very limited copayment/ coinsurance for outpatient drugs and inpatient respite care | 50% of copayment/ coinsurance | 50% of Medicare copayment/ coinsurance◆ | 75% of copayment/ coinsurance | 25% of Medicare copayment/ coinsurance◆ |

## MEDICARE (PART B) - MEDICAL SERVICES - PER CALENDAR YEAR

**** Once you have been billed $240 of Medicare-approved amounts for covered services (which are noted with asterisks), your Part B deductible will have been met for the calendar year.

| SERVICES | MEDICARE PAYS | PLAN K | | PLAN L | |
|---|---|---|---|---|---|
| | | PLAN PAYS | YOU PAY* | PLAN PAYS | YOU PAY* |
| **MEDICAL EXPENSES-** IN OR OUT OF THE HOSPITAL AND OUTPATIENT HOSPITAL TREATMENT, such as physician's services, inpatient and outpatient medical and surgical services and supplies, physical and speech therapy, diagnostic tests, durable medical equipment | | | | | |
| First $240 of Medicare Approved Amounts**** | $0 | $0 | $240(Part B deductible)****◆ | $0 | $240 (Part B deductible)****◆ |
| Preventive Benefits for Medicare covered services | Generally 75% or more of Medicare Approved Amounts | Remainder of Medicare Approved Amounts | All costs above Medicare Approved Amounts | Remainder of Medicare Approved Amounts | All costs above Medicare Approved Amounts |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 10% | Generally 10%◆ | Generally 15% | Generally 5%◆ |
| **PART B EXCESS CHARGES** (Above Medicare Approved Amounts) | $0 | $0 | All costs (and they do not count toward annual out-of-pocket limit of $7060)* | $0 | All costs (and they do not count toward annual out-of-pocket limit of $3530)* |
| **BLOOD** | | | | | |
| First 3 pints | $0 | 50% | 50%◆ | 75% | 25%◆ |
| Next $240 of Medicare Approved Amounts**** | $0 | $0 | $240 (Part B deductible)****◆ | $0 | $240 (Part B deductible)◆ |
| Remainder of Medicare Approved Amounts | Generally 80% | Generally 10% | Generally 10%◆ | Generally 15% | Generally 5%◆ |
| **CLINICAL LABORATORY SERVICES** | | | | | |
| TESTS FOR DIAGNOSTIC SERVICES | 100% | $0 | $0 | $0 | $0 |

* This plan limits your annual out-of-pocket payments for Medicare-approved amounts to $7060 per year ($3530 for Plan L). However, this limit does NOT include charges from your provider that exceed Medicare-approved amounts (these are called "Excess Charges") and you will be responsible for paying this difference in the amount charged by your provider and the amount paid by Medicare for the item or service.

BT002 TX KL

1/24

| PARTS A & B | | | | | |
|---|---|---|---|---|---|
| SERVICES | MEDICARE PAYS | PLAN K | | PLAN L | |
| | | PLAN PAYS | YOU PAY* | PLAN PAYS | YOU PAY* |
| **HOME HEALTH CARE** MEDICARE APPROVED SERVICES | | | | | |
| -Medically necessary skilled care services and medical supplies | 100% | $0 | $0 | $0 | $0 |
| -Durable medical equipment | | | | | |
| First $240 of Medicare Approved Amounts***** | $0 | $0 | $240 (Part B deductible)◆ | $0 | $240(Par t B deductible)◆ |
| Remainder of Medicare Approved amounts | 80% | 10% | 10%◆ | 15% | 5%◆ |

*****Medicare benefits are subject to change. Please consult the latest *Guide to Health Insurance for People with Medicare*.

**AARP** Medicare Supplement
UnitedHealthcare

## *Your Guide*
UnitedHealthcare Insurance Company (UnitedHealthcare)

## To AARP Medicare Supplement and Medicare Select Insurance Plans

To help you choose the AARP Medicare Supplement or Medicare Select Insurance Plan, insured by UnitedHealthcare Insurance Company, to best meet your needs and budget, be sure to look at the information shown in this Guide and the Outline of Coverage documents that show the expenses that Medicare pays, the benefits each Plan pays and the costs you will have to pay yourself. Also, be sure to review the Monthly Premium information. **Benefits and cost vary depending upon the Plan selected.**

### Eligibility to Apply

To be eligible to apply, you must be an AARP member or spouse of a member, age 50 or older, enrolled in both Part A and Part B of Medicare, and not duplicating any Medicare supplement coverage. (If you are age 50-64 and eligible for Medicare by reason of disability or End-Stage Renal Disease, you are only eligible if you enroll within 6 months after enrolling in Medicare Part B, unless you are entitled to guaranteed issue of a Medicare supplement plan as shown under the following "Guaranteed Acceptance" section. Regardless of when you enroll, you may only enroll in Plan A.)

### Guaranteed Acceptance

■ Your **Medicare Supplement Open Enrollment Period** lasts for 6 months beginning with the first day of the month in which you are both age 65 or older and enrolled in Medicare Part B. (If your initial enrollment in Part B is before age 65, you have a second six-month Open Enrollment period beginning the month you turn 65.) During this time, your acceptance is guaranteed in any plan for which you're eligible for based on whether your 65th birthday or Medicare Part A Effective Date was before or after 1/1/2020.

■ Also, you may have a guaranteed issue right to enroll in a Medicare supplement plan in certain situations. Some examples:
  - you have a specific type of health insurance coverage that changes in some way, such as a loss of the coverage, or
  - you enrolled with a "trial right" to try a Medicare Advantage Plan but change your mind and want to switch back to a Medicare supplement plan during the trial period.

If you received a notice from your employer or prior insurer saying you are eligible for guaranteed issue of a Medicare supplement plan, you may be guaranteed acceptance into one or more AARP Medicare Supplement Plans. **If you have a guaranteed issue right, you must provide a copy of the notice, disenrollment letter or other documentation you received AND your Application Form must be received no more than 63 days after the termination date of your prior coverage. The documentation should include the type of coverage being lost, the termination reason, the termination date and the name of the person(s) who lost or is losing coverage.**

If you have questions about guaranteed issue rights, please see *The Guide to Health Insurance for People with Medicare*, which can be found at www.Medicare.gov/publications. You may also want to contact the administrator of your prior health insurance plan or your local state department on aging. Additionally, the Health Information Counseling & Advocacy Program (HICAP) assists older Texans and Texans with disabilities by providing free information about health insurance and public benefits. To speak to a benefits counselor in your area, please call 1-800-252-9240. Or you may want to call UnitedHealthcare at 1-800-523-5800.

# Additional Information

## Exclusions

■ Benefits provided under Medicare.
■ Benefits provided under a Medicare Advantage Plan.
■ Care not meeting Medicare's standards.
■ Injury or sickness payable by Workers' Compensation or similar laws.
■ Benefits provided under another policy.
 ■ Charges in excess of Medicare Eligible Expenses.
■ Stays or treatment provided by a government-owned or -operated hospital or facility unless payment of charges is required by law.
■ Stays, care, or visits for which no charge would be made to you in the absence of insurance.

### Continued...

AARP endorses the AARP Medicare Supplement Insurance Plans, insured by UnitedHealthcare. UnitedHealthcare pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. AARP does not employ or endorse agents, brokers or producers.

MISC

■ Expenses you incur during the first 3 months after your effective date will not be considered if due to a pre-existing condition. A pre-existing condition is a condition for which medical advice was given or treatment was recommended by or received from a physician within 3 months prior to your plan's effective date.

The following individuals are entitled to a waiver of this pre-existing condition exclusion:

i. Individuals 65 years of age or older who are replacing prior creditable coverage within 63 days after termination; OR

2. Individuals whose application form is received prior to or during the 6-month period beginning with the first day of the month in which the individual is age 65 or older and enrolled in Medicare Part B; OR

3. Individuals who are entitled to Guaranteed Issue; OR

4. Individuals who are replacing a Medicare supplement or Medicare select plan.

Other exclusions may apply; however, in no event will your plan contain coverage limitations or exclusions for the Medicare Eligible Expenses that are more restrictive than those of Medicare. Benefits and exclusions paid by your plan will automatically change when Medicare's requirements change.

# Medicare Select Disclosure Statement – If You Are Applying for an AARP Medicare Select Plan

Please read this information carefully. The following information is provided in order to make a full and fair disclosure to you of the provisions, restrictions, and limitations of the AARP Medicare Select Plan.

## Medicare Select Provider Restrictions

**In order for benefits to be payable under this insurance plan, you must use one of the select hospitals located throughout the United States, unless:**

(1) there is a Medical Emergency; (2) covered services are not available from any select hospital in the Service Area; or (3) covered services are received from a Medicare-approved non-select hospital more than 100 miles from your Primary Residence.

In the case of (1) and (2) above, the following benefits may be payable subject to the terms and conditions of this plan:

- 100% of the Part A Medicare Inpatient Hospital Deductible amount per Benefit Period; and
- 100% of the Part A Medicare Eligible Expenses not paid by Medicare.

In the case of (3) above, the following benefits may be payable subject to the terms and conditions of this plan:

- 75% of the Part A Medicare Inpatient Hospital Deductible amount per Benefit Period; and
- 75% of the Part A Medicare Eligible Expenses not paid by Medicare.

**Only certain hospitals are network providers under this policy. Check with your physician to determine if he or she has admitting privileges at the Network Hospital. If he or she does not, you may be required to use another physician at the time of hospitalization or you will be required to pay for all expenses.**

## Right to Replace Your Medicare Select Plan

You have the right to replace your AARP Medicare Select Plan with any other AARP Medicare Supplement Plan, insured by UnitedHealthcare, that has the same or lesser benefits as your current insurance and which does not require the use of participating providers, without providing evidence of insurability.

## Quality Assurance

Participating providers are required to maintain a quality assurance program conforming with nationally recognized quality of care standards.

# For Your Protection, Please Be Aware of the Following:

## You Cannot Be Singled Out for Cancellation

Your AARP Medicare Supplement or Medicare Select Plan can never be canceled because of your age, your health, or the number of claims you make. Your AARP Medicare Supplement or Medicare Select Plan may be canceled due to nonpayment of premium or material misrepresentation. You may keep your plan in force by paying the required premium when due. The required payment for your plan is subject to change. Any change will apply to all members of the same class insured under your plan who reside in your state. If your group policy terminates and is not replaced by another group policy providing the same type of coverage, you may convert your AARP Medicare Supplement or AARP Medicare Select Plan to an individual Medicare supplement policy issued by UnitedHealthcare.

Of course, you may cancel your AARP Medicare Supplement or AARP Medicare Select Plan any time you wish. All transactions go into effect on the first of the month following receipt of the request.

## The AARP Insurance Trust

AARP established the AARP Insurance Plan, a trust, to hold the master group insurance policies. The AARP Medicare Supplement and Medicare Select Insurance Plans are insured by UnitedHealthcare, not by AARP or its affiliates. Please contact UnitedHealthcare if you have questions about your policy, including any limitations and exclusions.

Premiums are collected from you by the Trust. These premiums are paid to the insurance company for your insurance coverage, a percentage is used to pay expenses, benefitting the insureds, and incurred by the Trust in connection with the insurance programs. At the direction of UnitedHealthcare, a portion of the premium is paid as a royalty to AARP and used for the general purposes of AARP. Income earned from the investment of premiums while on deposit with the Trust is paid to AARP and used for the general purposes of AARP.

Participants are issued certificates of insurance by UnitedHealthcare under the master group insurance policy. The benefits of participating in an insurance program carrying the AARP name are solely the right to receive the insurance coverage and ancillary services provided by the program.

# General Information

**By enrolling, you are agreeing to the release of Medicare claim information to UnitedHealthcare so your AARP Medicare Supplement or Medicare Select claims may be processed automatically.**

UnitedHealthcare accepts insurance premium payments made by the insured or a relative or legal guardian on behalf of the insured. UnitedHealthcare reserves the right to decline insurance premium payments from third parties other than a relative or legal guardian of the insured.

If, after purchasing this policy, you become eligible for Medicaid, the benefits and premiums under your Medicare supplement policy can be suspended, if requested, during your entitlement to benefits under Medicaid for 24 months. You must request this suspension within 90 days of becoming eligible for Medicaid. If you are no longer entitled to Medicaid, your suspended Medicare supplement policy (or, if that is no longer available, a substantially equivalent policy) will be reinstituted if requested within 90 days of losing Medicaid eligibility.

If you are eligible for, and have enrolled in a Medicare supplement policy by reason of disability and you later become covered by an employer or union-based group health plan, the benefits and premiums under your Medicare supplement policy can be suspended, if requested, while you are covered under the employer or union-based group health plan. If you suspend your Medicare supplement policy under these circumstances, and later lose your employer or union-based group health plan, your suspended Medicare supplement policy (or, if that is no longer available, a substantially equivalent policy) will be reinstituted if requested within 90 days of losing your employer or union-based group health plan.

For Plans F and G that provide an Excess Charge Benefit, in Texas, the amount cannot exceed 15% over the Medicare approved amount or any other charge limitation established by the Medicare program or state law. Note that the limiting charge applies only to certain services and does not apply to some supplies and durable medical equipment.

You must be an AARP member to enroll in an AARP Medicare Supplement or Medicare Select Plan.

The Policy Form No. GRP79171 GPS-1 (G-36000-4) is issued in the District of Columbia to the Trustees of the AARP Insurance Plan - Certificates of Insurance numbered MDA 0965 / MAA 0966 / MDA 0802 / MAA 0809 (Plan A), MDB 0803 / MAB 0810 (Plan B), MDC 0804 / MAC 0811 (Plan C), MDF 0805 / MAF 0812 (Plan F), MDG 0920 / MAG 0921 (Plan G), MDK 0806 / MAK 0813 (Plan K), MDL 0807 / MAL 0814 (Plan L), MDN 0808 / MAN 0815 (Plan N), MDSG 0984 (Select Plan G), MDSN 0985 (Select Plan N).

AARP Medicare Supplement and Medicare Select Plans have been developed in line with federal standards.

**Not connected with, or endorsed by, the U.S. Government or the federal Medicare program.**

**This is a solicitation of insurance. An agent may contact you.**



These materials describe the AARP Medicare Supplement and Medicare Select Plans available in your state, but is not a contract, policy, or insurance certificate. Please read your Certificate of Insurance, upon receipt, for plan benefits, definitions, exclusions, and limitations.

# Important Notice

Please note, if you are eligible for Guaranteed Acceptance according to the "Your Guide,"
you DO NOT need to provide a termination letter or replacement notice.

SA25794STGRS (04-21)



# Enrollment Form
## AARP® Medicare Supplement Insurance Plans
Insured by
UnitedHealthcare Insurance Company (UnitedHealthcare),
Hartford, CT 06103

99999-001
Sample A. Sample
123 Any Street
Anycity TX 99999-9999

### Instructions
**1.** Fill in all requested information on this Enrollment Form and sign where a signature is needed.

**2.** Print clearly, using CAPITAL letters AND black or blue ink - not pencil.    *Example:* ☒Yes ☐No ☐Not Sure

**3.** Initial any changes or corrections you make while completing this Enrollment Form.

**Note:** Plans and rates are only good for residents of the state of Texas.

You may enroll using this Enrollment Form only if your employer has arranged to subsidize or endorse your coverage.

☒ Mail all pages of the completed Enrollment Form in the enclosed envelope. If the return envelope is missing, please mail to: UnitedHealthcare, P.O. Box 105331, Atlanta, GA 30348-5331.

Please reply by 11/30/2024
for coverage to be effective on 12/1/2024

Complete name and address information
only if different from above.

**AARP Membership Number** (If you are already a member) _____ 999999999-9 _____

Applicant First Name                          MI                     Last Name

Permanent Home Address Line 1 (P.O. Box/PMB is not allowed)

Permanent Home Address Line 2                    City                    State        Zip

Mailing Address Line 1 (if different from permanent address)

Mailing Address Line 2                    City                    State        Zip

## 1  Provide additional information about yourself and your Medicare Insurance.

(        )        -

**1A.** Phone Number                    **1B.** Email address (optional). Include periods (.) and symbols (@).

By providing your address, phone number and/or email address, you are agreeing to receive information and be contacted by UnitedHealthcare.

**1C.** Birthdate _____ / _____ / _____    **1D.** Gender ☐ Male ☐ Female
                  Month    Day    Year

**1E.** Medicare Number _____ (From your Medicare card.)

**1F.** Medicare Start: Hospital (Part A) _____ / 01 / _____    Medical (Part B) _____ / 01 / _____
                                    Month        Year                              Month        Year

**1G.** Will your Medicare Part A and Part B be active on your AARP Medicare Supplement Plan start date? ☐ Yes ☐ No

S38V40MNMMTX01 01F                    2534572224        09/11/24

Sample                              Sample                          999999999-9 99999-001

First Name                          Last Name

## 2 Choose your Plan and start date.

**Plan Choice**

**2A.** You are eligible to apply if all of these are true:

• you are an AARP member,
• you are age 65 or older,
• you are enrolled in Medicare Parts A and B,
• you are not enrolled in more than one Medicare supplement plan at the same time

**Please choose 1 Plan from the right-hand column. Important: Plans C and F are only available to eligible Applicants who turned 65 or enrolled in Medicare Part A prior to 1/1/2020. Please call if you have questions.**

☐ Plan A          ☐ Plan B

☐ Plan G
☐ Plan K          ☐ Plan L
☐ Plan N

**Plan Start Date**

**2B.** Your Plan will start on the first day of the month following receipt and approval of this Enrollment Form and receipt of your first month's payment. If you would like your Plan to start on a later date (the first day of a future month), please indicate the date:

/ 01 /

Month      Day      Year

## 3 Tell us about your tobacco usage. If you answer YES to this question, your rate will be the tobacco rate (see "Cover Page - Rates").

**3A.** At any time within the past 12 months, have you smoked tobacco cigarettes or used any other tobacco product?

☐ Yes   ☐ No

## 4 Tell us about your past and current coverage

**Review the statements.**

• You do not need more than one Medicare supplement policy.

• If you purchase this policy, you may want to evaluate your existing health coverage and decide if you need more than one type of coverage in addition to your Medicare benefits.

• You may be eligible for benefits under Medicaid and may not need a Medicare supplement policy.

• If, after purchasing this policy, you become eligible for Medicaid, the benefits and premiums under your Medicare supplement policy can be suspended, if requested, during your entitlement to benefits under Medicaid for 24 months. You must request this suspension within 90 days of becoming eligible for Medicaid. If you are no longer entitled to Medicaid, your suspended Medicare supplement policy (or, if that is no longer available, a substantially equivalent policy) will be reinstituted if requested within 90 days of losing Medicaid eligibility.

• If you are eligible for, and have enrolled in a Medicare supplement policy by reason of disability and you later become covered by an employer or union-based group health plan, the benefits and premiums under your Medicare supplement policy can be suspended, if requested, while you are covered under the employer or union-based group health plan. If you suspend your Medicare supplement policy under these circumstances, and later lose your employer or union-based group health plan, your suspended Medicare supplement policy (or, if that is no longer available, a substantially equivalent policy) will be reinstituted if requested within 90 days of losing your employer or union-based group health plan.

• Counseling services may be available in your state to provide advice concerning your purchase of Medicare supplement insurance and concerning medical assistance through the state Medicaid program, including benefits as a Qualified Medicare Beneficiary (QMB) and a Specified Low-Income Medicare Beneficiary (SLMB).

Sample                          Sample                          999999999-9 99999-001

First Name                      Last Name

## 4 Tell us about your past and current coverage (continued)

If you lost or are losing other health insurance coverage and received a notice from your prior insurer saying you were eligible for guaranteed issue of a Medicare supplement insurance policy, or that you had certain rights to buy such a policy, you may be guaranteed acceptance in one or more of our Medicare supplement plans. Please include a copy of the notice from your prior insurer with your Enrollment Form.

### PLEASE ANSWER ALL QUESTIONS.

**To the best of your knowledge,**

**4A.** Did you turn age 65 in the last 6 months?                                         ☐Yes  ☐No

**4B.** Did you enroll in Medicare Part B in the last 6 months?                           ☐Yes  ☐No

**4C.** If YES, what is the effective date?                                                /01/
                                                                              Month  Day  Year

#### Questions about Medicaid

**4D.** Are you covered for medical assistance through the state Medicaid program?        ☐Yes  ☐No
(Medicaid is a state-run health care program that helps with medical costs for people with low or limited income. It is not the federal Medicare program.) Note to applicant: If you are participating in a "Spend-down Program" and have not met your "Share of Cost", answer NO to this question.
**If YES, you must answer Questions 4E and 4F.**

**4E.** Will Medicaid pay your premiums for this Medicare supplement policy?              ☐Yes  ☐No

**4F.** Do you receive any benefits from Medicaid **OTHER THAN** payments toward your     ☐Yes  ☐No
Medicare Part B premium?

#### Questions about Medicare Advantage plans (sometimes called Medicare Part C)

**4G.** Have you had coverage from any Medicare plan other than original Medicare within
the past 63 days (for example, a Medicare Advantage plan, a Medicare HMO, or PPO)?        ☐Yes  ☐No
**If YES, you must answer Questions 4H through 4K.**

**4H.** Provide the start and end dates of your Medicare plan other than original Medicare.  **Start Date**
If you are still covered under this plan, leave the end date blank.                         /     /
                                                                              Month  Day  Year
                                                                              **End Date**
                                                                                 /     /
                                                                              Month  Day  Year

**4I.** If you are still covered under the Medicare plan other than original Medicare, do you
intend to replace your current coverage with this new Medicare supplement policy?          ☐Yes  ☐No
(When you receive confirmation that this Medicare Supplement plan has been issued,
you will need to cancel your Medicare Advantage Plan. Please contact your Medicare
Advantage insurer for instructions on how to cancel, using the customer service number
on the back of your ID card.)



**4J.** Was this your first time in this type of Medicare plan?                           ☐Yes  ☐No

**4K.** Did you drop a Medicare supplement policy to enroll in the Medicare plan?         ☐Yes  ☐No

Sample                          Sample                          999999999-9 99999-001

First Name                      Last Name

## 4   Tell us about your past and current coverage (continued)

### Questions about Medicare supplement plans

**4L.** Do you have another Medicare supplement policy in force?                    ☐Yes  ☐No
If so, what insurance company and what plan do you have?
Insurance Company: _____
Policy: _____
**If YES, you must answer Question 4M.**

**4M.** Do you intend to replace your current Medicare supplement policy with this policy?   ☐Yes  ☐No

### Questions about any other type of health insurance coverage

**4N.** Have you had coverage under any other health insurance within the past 63 days
(for example, an employer, union, or individual plan)?                              ☐Yes  ☐No
**If YES, you must answer Questions 4O through 4Q.**

**4O.** If so, with what insurance company and what kind of policy?                  **Policy:**
                                                                                    ☐HMO/PPO
**Insurance Company:**_____               ☐Major Medical
                                                                                    ☐Employer Plan
                                                                                    ☐Union Plan
                                                                                    ☐Other_____

**4P.** What are your dates of coverage under the other policy? Leave the end date blank   **Start Date**
if you are still covered under the policy.                                              ___/___/___
                                                                                         Month  Day  Year
                                                                                    **End Date**
                                                                                         ___/___/___
                                                                                         Month  Day  Year

**4Q.** Are you replacing this health insurance?                                    ☐Yes  ☐No

Sample                               Sample                                999999999-9 99999-001
    First Name                    Last Name

---

## 5 Authorization and Verification of Enrollment Form Information

**Read carefully, and sign and date in the signature box below.**

• I declare the answers on this Enrollment Form are complete and true to the best of my knowledge and belief and are the basis for issuing coverage. I understand that this Enrollment Form becomes a part of the insurance contract and that if the answers are incomplete, incorrect or untrue, UnitedHealthcare may have the right to rescind my coverage, adjust my premium, or reduce my benefits.

• Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act when determined by a court of competent jurisdiction, and as such may be subject to criminal and civil penalties.

• I understand coverage, if provided, will not take effect until issued by UnitedHealthcare, the actual premium is not determined until coverage is issued and that this Enrollment Form and payment of the initial premium does not guarantee coverage will be provided.

• I acknowledge receipt of the Guide to Health Insurance for People with Medicare and the Outline of Coverage.

• If you are enrolling in a Medicare Select Plan: I acknowledge that I have received an Outline of Coverage, Grievance Procedure, Provider Directory and a Medicare Select Disclosure Statement covering Provider Restrictions, Right to Replace Your Medicare Supplement Plan and Quality Assurance Program. I affirm that I understand the benefits, restrictions, limitations and other provisions of the Medicare Select Plan for which I am applying.

• I understand, for the Medicare Select Plan, I must determine whether any physician has admitting privileges to a network hospital.

---

**My signature indicates I have read and understand all contents of this Enrollment Form and have answered all questions to the best of my ability.**

**X** _____          _____ / _____ / _____
    **Your Signature** (required)                              **Today's Date** (required)
                                                           Month  Day   Year

**Note:** If you are signing as the legal representative (e.g., POA, Guardian, Conservator, etc.) for the applicant, please send a complete copy of the appropriate legal documentation and check this box. ☐



---

# Civil Case Information Statement

**Case Details: CAMDEN | Civil Part Docket# L-002810-25**

Case Caption: MILLARD M. BRAUNSTEI N VS
UNITEDHEALTH GROUP. I

Case Initiation Date: 08/21/2025

Attorney Name: PATRICK HOWARD

Firm Name: SALTZ MONGELUZZI ET AL.

Address: ONE LIBERTY PL 52ND FL 1650 MARKET ST
PHILADELPHIA PA 19103

Phone: 2154968282

Name of Party: PLAINTIFF : Millard M. Braunstein

Name of Defendant's Primary Insurance Company
(if known): Unknown

Case Type: CONTRACT/COMMERCIAL TRANSACTION

Document Type: Complaint with Jury Demand

Jury Demand: YES - 12 JURORS

Is this a professional malpractice case?  NO

Related cases pending: NO

If yes, list docket numbers:

Do you anticipate adding any parties (arising out of same
transaction or occurrence)? NO

Does this case involve claims related to COVID-19? NO

Are sexual abuse claims alleged by: Millard M. Braunstein? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? YES  Title 59? NO  Consumer Fraud? NO
Medical Debt Claim? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/21/2025
Dated

/s/ PATRICK HOWARD
Signed